Opinion issued April 25, 2023



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-23-00279-CR

———————————

## IN RE DEANDRE DEBOEST, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, DeAndre DeBoest, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court issue a writ of mandamus directing the trial court to "[s]et [a]sid[e] the [i]ndictment for failure to [c]ompel a [s]peedy [t]rial."[1]

---

[1] The underlying case is *DeAndre DeBoest v. The State of Texas*, Cause No. 1792110, in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.

Our review of relator's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).